| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 16 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

NORMAN WELCH,

    Claimant - Appellant,

 v.

TRINA M. WELCH,

    Defendant - Appellee.

No. 23-3309

D.C. No. 2:20-cr-00052-DCN
District of Idaho, Boise

ORDER

The court unanimously finds this case suitable for decision without oral argument. The case shall be submitted on the briefs and record, without oral argument, on November 20, 2024, in Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT