| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 18 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

NORMAN WELCH,

    Claimant - Appellant,

TRINA M. WELCH,

    Defendant - Appellee.

No. 23-3309

D.C. No. 2:20-cr-00052-DCN
District of Idaho, Boise

ORDER

Before: McKEOWN, GOULD, and H.A. THOMAS, Circuit Judges.

    Appellee is ordered to file a response to Appellant's Petition For Panel Rehearing and Petition For Rehearing En Banc (Dkt. No. 43) filed on December 16, 2024. The response shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one days of the date of this order.