U.S.C.A. No. 23-3309

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

           Plaintiff/Appellee,

vs.

TRINA MARIE WELCH,

           Defendant,

NORMAN WELCH,

           Claimant/Appellant.

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

On Appeal from the United States District Court
for the District of Idaho
District Court No. 2:20-cr-00052-DCN
The Honorable David C. Nye, Chief District Court Judge

JOSHUA D. HURWIT
United States Attorney
WILLIAM M. HUMPHRIES
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Attorney for Plaintiff/Appellee
United States of America

GREGORY R. RAUCH
Magyar, Rauch, & Associates, PLLC
326 E. 6th Street
Moscow, ID 83843
Telephone: (208) 882-1906
Attorney for Claimant/Appellant
Norman C. Welch

1

The United States of America moves the Court for an additional 28 days to file a response to Appellant's Petition for Panel Rehearing and Petition for Rehearing En Banc (Dkt. No. 43) ("Petition for Rehearing"). The undersigned reached out to the attorney for the Appellant, and there is no objection.

Appellant filed his Petition for Rehearing on December 16, 2024. (Dkt. No. 43.) On December 18, 2024, the Court ordered the United States to file a response within 21 days of the order, which means the deadline is January 8, 2025. The undersigned is the Assistant United States Attorney responsible for the appeal. In the days following this Court's order, the undersigned had various other case assignments to attend to. In addition, with the Christmas and Christmas eve holidays, previously planned time off during the holidays, and the New Year holiday, the United States seeks an extension of 28 days to file a response, which would extend the deadline to February 5, 2025. The extension will provide additional needed time to dedicate to drafting, reviewing, and filing a response to the Petition for Rehearing. The Appellant does not oppose. Therefore, the United States respectfully requests the Court to grant a 28-day extension to file a response setting

2

a new deadline of February 5, 2025, to file a response to the Petition for Rehearing.

Dated this 31st day of December, 2024.

        JOSHUA D. HURWIT
        UNITED STATES ATTORNEY
        By:

        */s/ William M. Humphries*
        WILLIAM M. HUMPHRIES
        Assistant United States Attorney