FILED

FEB 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. NORMAN WELCH, Claimant - Appellant, TRINA M. WELCH, Defendant - Appellee. | No. 23-3309 D.C. No. 2:20-cr-00052-DCN District of Idaho, Boise ORDER |

Before: McKEOWN, GOULD, and H.A. THOMAS, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing. Judge Gould and Judge H.A. Thomas have voted to deny the petition for rehearing en banc, and Judge McKeown so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for panel rehearing and the petition for rehearing en banc, Dkt. No. 43, are **DENIED**.